**Order filed June 13, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01063-CV
_____

## LAW OFFICE OF JOSEPH ONWUTEAKA, P.C., JOSEPH ONWUTEAKA, AND SAMARA PORTFOLIO MANAGEMENT, LLC, Appellants

## V.

## ROLANDA SERNA, Appellee

**On Appeal from the County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 18-CCV-062344**

## O R D E R

Appellant's brief was due April 19, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 28, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM